**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| EDWEA, INC., *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-2970 |
| § | |
| ALLSTATE INSURANCE COMPANY, § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER OF REMAND**

In accordance with this court's Memorandum and Opinion of even date, this action is remanded to the 295th Judicial District of Harris County, Texas.

SIGNED on December 8, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge